UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELLEN BENDER,<br><br>            Plaintiffs,<br><br>v.<br><br>UNUM GROUP; PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY; DAVE JONES AS COMMISSIONER OF INSURANCE; and DOES 1-20, inclusive,<br><br>            Defendant. | Case No. 16-cv-03990-PJH<br><br>**(PROPOSED) ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, without prejudice, against all parties. Each party is to bear their own attorneys' fees and costs.

DATED: 10/27/16

_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*